IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Patricia D Sample | : | No. 22-10874-AMC |
| Debtor | | |

**NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE**

The Meeting of Creditors has been rescheduled for **June 27, 2022** at **10:00 AM** at ALTERNATE VIDEO CONFERENCE.

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated: April 27, 2022