# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia D. Sample <br>         Debtor(s) <br><br> MidFirst Bank, its successors and/or assigns <br>         Movant <br>   vs. <br><br> Patricia D. Sample <br>         Debtor(s) <br><br> Kenneth E. West <br>         Trustee | CHAPTER 13 <br><br><br><br> NO. 22-10874 AMC <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of MidFirst Bank, which was filed with the Court on or about July 13, 2022 under Document No. 22 .

                Respectfully submitted,


                /s/ Rebecca A. Solarz, Esq.
                _____

                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: 8/1/2022