*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Patricia D Sample

    Debtor(s)　　　　　　　　　　　　　　　　　　　Case No: 22−10874−amc

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/11/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


　　　　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

32 – 19
Form 152