United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 22-10874-amc

Patricia D Sample                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                    Page 1 of 3

Date Rcvd: Sep 08, 2022                      Form ID: 152                             Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia D Sample, 1215 North 56th Street, Philadelphia, PA 19131-4224 |
| 14681502 | | Apex Asset Management, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 14681504 | | Citizens Bank, P.O. Box M, Providence, RI 02901-1683 |
| 14681505 | | LCA, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14686223 | + | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14686398 | + | MidFirst Bank, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14681509 | | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 14682979 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14683066 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 00:03:03 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14681496 | + Email/Text: bncnotifications@pheaa.org | Sep 08 2022 23:58:00 | AES/Pennsylvania Higher Education Assist, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14681501 | Email/Text: bnc@alltran.com | Sep 08 2022 23:57:00 | Altran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 14681503 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 08 2022 23:57:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14681510 | Email/Text: megan.harper@phila.gov | Sep 08 2022 23:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14683420 | Email/Text: megan.harper@phila.gov | Sep 08 2022 23:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14686410 | + Email/Text: ECMCBKNotices@ecmc.org | Sep 08 2022 23:58:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14682718 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 00:03:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14682484 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 00:03:11 | LVNV Funding, LLC c/o Resurgent Capital |

District/off: 0313-2        User: admin        Page 2 of 3

Date Rcvd: Sep 08, 2022        Form ID: 152        Total Noticed: 27

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14697445 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 09 2022 00:03:02 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14686223 | ^ | MEBN | Sep 08 2022 23:53:34 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14681506 |  | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 09 2022 00:03:10 | Midland Mortgage Company, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 14681507 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 08 2022 23:57:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14681508 |  | Email/Text: bankruptcygroup@peco-energy.com | Sep 08 2022 23:58:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14684644 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 08 2022 23:58:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14695410 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2022 00:03:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14695515 |  | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2022 00:03:02 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14681497 | *+ | AES/Pennsylvania Higher Education Assist, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14681498 | *+ | AES/Pennsylvania Higher Education Assist, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14681499 | *+ | AES/Pennsylvania Higher Education Assist, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14681500 | *+ | AES/Pennsylvania Higher Education Assist, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Patricia D Sample dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                   User: admin                                        Page 3 of 3
Date Rcvd: Sep 08, 2022                          Form ID: 152                                   Total Noticed: 27

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
                        on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Patricia D Sample

     Debtor(s)

Case No: 22−10874−amc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*


To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Ashely M. Chan

, United States Bankruptcy Court 10/11/22 at 10:00 AM , in Courtroom #4, 900 Market Street,
Philadelphia, PA 19107




                                  For The Court

                                  Timothy B. McGrath
                                  Clerk of Court