IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    Patricia D Sample    ) | Chapter 13 | |
| ) | | |
| ) | 22-10874-AMC | |
| Debtor(s)    ) | | |
| ) | | |

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $1,351.00 is allowed and the balance in the amount of $1,150.00 shall be paid by the Chapter 13 Trustee to the extent provided for by the plan.

Date: December 12, 2022

_____
HONORABLE ASHELY M. CHAN        DATED:
U.S. BANKRUPTCY JUDGE